Dorothy Moll, Appellee, v. Alida E. Menker et
al., Defendants.
Appeal of Vernon F. Bloom, Individually and as Ex-
ecutor of Estate of Alida E. Menker, Appellant.

Gen. No. 42,022.

Heard in first division, first district,
this court at October term, 1941; opinion filed June 1, 1942. John E.
Kelly and Edward J. Crawford, for appellant; Joseph A. Fenton, of
counsel; Crahen, Sullivan, O'Toole & Sullivan and Mitchell Kilanowski,
for appellee; John E. Crahen, of counsel. Opinion by JUSTICE
MATCHETT. ''Not to be published in full.''